| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| BARBARA G. WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-380 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| and AARON BERKOWITZ, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF REMAND

The parties' Agreed Motion for Remand (#16) is GRANTED. Accordingly, Plaintiff's claims against Defendants are remanded to the 163rd Judicial District Court of Orange County, Texas.

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 20th day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE