FILED
VICKIE EDGERLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
300 WILLOW STREET ROOM 104
BEAUMONT, TEXAS 77701
December 13, 2017

17 DEC 18 P4 :15

DISTRICT CLERK
ORANGE COUNTY, TEXAS
Vickie Edgerly

DAVID A. O'TOOLE
Clerk Eastern District of Texas

Office of the Clerk
163rd Judicial District Court
801 W. Division Ave.
Orange, TX 77630

Re: 1:17cv380 Barbara G. Wright vs. Liberty Mutual Insurance and Aaron Berkowitz
(B170275-C) State Court Case Number

Dear Clerk,

Pursuant to the Order of Remand entered by Judge Crone on 11/20/17, you will find enclosed certified copies of the Order of Remand, Letter of Remand and docket sheet.

Please acknowledge receipt of the above documents on the copy of this letter and return in the envelope provided.

Yours Truly,
David A. O'Toole, Clerk

By _____
Deputy Clerk

Received items described this date 12/18/17

By _____
Deputy Clerk